**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Rebecca MILLER, Defendant–Appellant.**

**No. 13–1246.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 19, 2013.

Filed: Sept. 25, 2013.

Matthew C. Quinn, U.S. Attorney's Office, Texarkana, AR, for Plaintiff–Appellee.

David Lee Dunagin, Fort Smith, AR, for Defendant–Appellant.

Rebecca Miller, TX, pro se.

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

After a jury found Rebecca Miller guilty of several drug charges, the district court [1] sentenced her to 188 months in prison. On appeal, we affirmed the convictions but remanded for resentencing. *See United States v. Miller,* 698 F.3d 699, 707–10 (8th Cir.2012). On remand, the district court imposed a sentence of 120 months in prison. Miller appeals, and in a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel argues that the court abused its discretion in imposing the sentence.[2] Miller has not filed a pro se brief.

After careful review, we affirm the sentence, because the district court complied with our decision, *see United States v. Kendall,* 475 F.3d 961, 963–64 (8th Cir. 2007), and imposed a sentence that was stipulated to by both parties and that is not unreasonable, *see United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc). Further, we have reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

2. We decline to consider counsel's argument that the district court also abused its discretion in failing to grant safety-valve relief. *See United States v. Kress,* 58 F.3d 370, 373 (8th Cir.1995) (where party could have raised issue in prior appeal but did not, court later hearing same case need not consider matter).